# United States Court of Appeals
## For the Eighth Circuit

_____

No. 16-4120

_____

Douglas A. Nixon; Piaowaka C. Windwolf

*Plaintiffs - Appellants*

v.

Credit Cars, an Arkansas Corporation

*Defendant*

Brent Manning's Quality Preowned, Inc., doing business as Brent Manning's Credit Cars, Inc.

*Defendant - Appellee*

Brett Tharp

*Defendant*

Truity Federal Credit Union

*Defendant - Appellee*

Kelly Diven, individually and as owner and an officer of Trudity Federal Credit Union, doing business as Trudity Credit Union Affiliated, Springdale, AR, also known as Trudity Credit Union, Bartlesville, OK; Brent Manning

*Defendants*

_____

Appeal from United States District Court
for the Western District of Arkansas - Fayetteville

_____

Submitted: July 6, 2017
Filed: July 17, 2017
[Unpublished]

_____

Before LOKEN, ARNOLD, and MURPHY, Circuit Judges.

_____

PER CURIAM.

Arkansas residents Douglas Nixon and Piaowaka Windwolf appeal the district court's[1] order granting summary judgment to one defendant and dismissing the claims against other defendants in their pro se action arising out of a used car purchase. Upon careful de novo review, see Kelly v. City of Omaha, 813 F.3d 1070, 1075 (8th Cir. 2016) (dismissal for failure to state a claim reviewed de novo); Peterson v. Kopp, 754 F.3d 594, 598 (8th Cir. 2014) (grant of summary judgment reviewed de novo), we affirm for the reasons stated in the district court's order. See 8th Cir. R. 47B.

_____

_____

[1]The Honorable Timothy L. Brooks, United States District Judge for the Western District of Arkansas.